533 A.2d 1015

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**James Monroe LIPANI, Appellee.**

Supreme Court of Pennsylvania.

Submitted Sept. 21, 1987.

Decided Dec. 7, 1987.

John M. Dawson, Dist. Atty., Meadville, for appellant.

Bruce A. Barrett, Office of the Public Defender, Meadville, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

Prior Report: 356 Pa.Super. 617, 512 A.2d 1290.

PER CURIAM:

Appeal dismissed as having been improvidently granted.

HUTCHINSON, former J., did not participate in the decision of this case.

LARSEN, J., dissents.